## The Etchison Ditching Association *v.* Jarrell.

Draining Association—*Assessment.*—*Description of Land.*—Suit by a ditching association to enforce an assessment upon land, described in the com-

The Etchison Ditching Association *v.* Jarrell.

plaint as the "south half of the south-east *quarter* of section twenty-seven, in township twenty-one, north, in range six east, in the county of Madison." The assessment on which the suit was brought described the land thus: "S. ½ S. E. Sec. 27, T. 21, R. 6, E., *twenty* acres."

*Held*, on demurrer, that the description in the assessment was sufficient.

SAME.—*Report of Appraisers.*—The report of the appraisers set out in a complaint to enforce an assessment on land under the ditching law did not state whether the assessment made by them was of benefits or of injuries. *Held*, that this omission rendered the complaint bad on demurrer.

APPEAL from the Madison Circuit Court.

RAY, J.—Suit to enforce an assessment upon land of the appellee under the ditching law. Demurrer sustained to the complaint, and judgment for appellee. It was objected that the description of the land assessed was too indefinite, being, "S ½ S. E. Sec. 27 T. 27, R. 6, E., 20 acres." The complaint describes the land as the "south half of the south-east *quarter* of section twenty-seven in township twenty-one north, in range six, east, in the county of Madison." We think the "quarter" section would be understood, and the description in the assessment returned by the appraisers sufficient. So as to the number of acres. It may be a fractional section and the number stated accurate; but if not, the particular description must control, and the number of acres must be found from this description. But another objection taken is fatal. The report of the assessors does not state whether the assessment they have made is of benefits or injuries. In the one case it comes from the owner, in the other goes to him. This is in no sense a fulfilment of the requirement of the statute. 1 G. & H. 304, sec. 12.

There was no error, therefore, in sustaining the demurrer to the complaint.

Judgment affirmed.

*W. R. Pierse* and *H. D. Thompson*, for appellant.
*J. W. Sansberry* and *E. B. Goodykoontz*, for appellee.